UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST, *on behalf of herself and all others similarly situated*,

                Plaintiff,

        -against-

GRUBHUB HOLDINGS INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/17/2020

1:20-cv-7365 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a joint letter from the parties informing the Court that the parties have reached a settlement in principle [ECF #12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by January 4, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004)

**SO ORDERED.**

Date: **November 17, 2020**
       **New York, NY**

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**